No. 92–843. SAVE OUR CUMBERLAND MOUNTAINS, INC. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–855. ROYAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–869. ACTIVE ERECTORS & INSTALLERS, INC. *v.* HOFFMAN CONSTRUCTION COMPANY OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 92–877. ELLIOTT ET AL. *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 92–883. BERRY *v.* DOE ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–900. STIFFLER *v.* LUTHERAN HOSPITAL, DBA HOOPESTON 'COMMUNITY MEMORIAL HOSPITAL. C. A. 7th Cir. Certiorari denied.

No. 92–902. BERGHMAN ET AL. *v.* ATLANTIC RICHFIELD CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–907. WILKINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–909. TIPTON ET AL. *v.* BERGROHR GMBH-SIEGEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–910. STOWE *v.* DAVIS ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 92–912. PRIMROSE OIL CO., INC. *v.* STEVEN D. THOMPSON TRUCKING, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–918. FRANKENBERRY *v.* MORGAN, SUPERINTENDENT OF STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–921. SHIH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.